IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENTLIN HOPKINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-166-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| LT. APADACA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on July 9, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, orally entered onto the record on August 18, 2010 [12], recommends that the Plaintiff's Motion for Temporary Restraining Order/ Motion for Preliminary Injunction [4] be denied. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. To date, no objections to the Report and Recommendation have been filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th Day of February, 2011;

IT IS ORDERED that Plaintiff's motion for a temporary restraining order and/or preliminary injunction [4] be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, verbally entered on the record on August 18, 2010 [12], is adopted as the opinion of this Court.

                                        s/ <u>Sean J. McLaughlin</u>
                                             SEAN J. McLAUGHLIN
                                             United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter